**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 08-8063**

─────────

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

CLYNTON JOHN CHASE,

             Defendant – Appellant.

─────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen,
Senior District Judge.  (3:91-cr-00086-GCM-2)

─────────

Submitted:  December 11, 2008        Decided:  December 18, 2008

─────────

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Claire J. Rauscher, Federal Public Defender, Tanzania Chevon
Cannon-Eckerle, FEDERAL DEFENDERS OF WESTERN NORTH CAROLINA,
INC., Steven George Slawinski, Assistant Federal Public
Defender, Charlotte, North Carolina, for Appellant.  Adam
Christopher Morris, C. Nicks Williams, OFFICE OF THE UNITED
STATES ATTORNEY, Michael E. Savage, Assistant United States
Attorney, Charlotte, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clynton John Chase appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Chase</u> No. 3:91-cr-00086-GCM-2 (W.D.N.C. Sept. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>